In the Matter of the Application of LOEW'S BUFFALO THEATRES, INC., Appel-

lant, for the Removal of Golde Clothes Shop, Inc., Respondent, and Others, from Certain Premises in the City of Buffalo.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.